David P. Matthews
TX No. 13206200
Jason C. Webster
TX No. 24033318
**MATTHEWS & ASSOCIATES**
2905 Sackett St.
Houston, TX 77098
(713) 522-5250
(713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-6520 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Raquel Barocio,<br>　　　　　Plaintiffs,<br>　　vs.<br>Pfizer Inc., et al.<br>　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Raquel Barocio, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010　　　MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| DATED: Jan. 12, 2010 | DLA PIPER LLP (US) | |
| | By: _____ | |
| | Michelle W. Sadowsky | |
| | *Attorneys for Defendants* | |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

_____
Hon. Charles R. Breyer
United States District Court